CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CHARLOTTE M. PAUR, in individual and representative capacity as trustee of the Charlotte M. Paur Trust dated December 29, 1986 and restated on March 6, 2014; and Does 1-10,<br><br>　　　Defendants. | **Case:** 8:19-cv-02398-JVS-DFM<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Nehemiah Kong, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant CHARLOTTE M. PAUR, in individual and representative capacity as trustee of the Charlotte M. Paur Trust dated December 29, 1986 and restated on March 6, 2014 has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 28, 2020        CENTER FOR DISABILITY ACCESS

By: <u>/s/ Amanda Seabock</u>
Amanda Seabock
Attorney for Plaintiff

1