# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | SACV 19-02398-SHK | Date: | October 29, 2020 |
|---|---|---|---|
| Title: | *Nehemiah Kong v. Charlotte M. Paur, et al.* | | |

Present: The Honorable  Shashi H Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a) or (c)

The Court received Plaintiff's executed "Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) filed on October 28, 2020, wherein Plaintiff dismisses the matter. Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Here, Defendant has not filed either an answer or a motion for summary judgment. The case has been settled between the parties.

Accordingly, the named defendant is dismissed, and without the need for a court order, pursuant to Plaintiff's notice.  The Clerk is directed to terminate this defendant as they have been dismissed from this action

**IT IS SO ORDERED.**